UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATASHA DeLIMA,
         Plaintiff,

         v.                                                      Civil Action No. 11-10655-NG

SEYFARTH SHAW ATTORNEY'S AT LAW,
         Defendant.

## MEMORANDUM AND ORDER

GERTNER, D.J.

      On April 8, 2011, Plaintiff Natasha DeLima ("DeLima") filed a self-prepared Complaint against the law firm Seyfarth Shaw LLP ("Seyfarth Shaw"), alleging *inter alia*, harassment, intentional infliction of emotional distress, invasion of privacy, and defamation.

      On May 4, 2011, this Court issued a Memorandum and Order (Docket No. 4) directing DeLima to file an Amended Complaint in accordance with Rule 8 of the Federal Rules of Civil Procedure. The Court also questioned the subject matter jurisdiction of the Court, but found, preliminarily, that the parties were diverse because Seyfarth Shaw was a registered foreign limited liability partnership under the law of Illinois, and DeLima was a Massachusetts citizen.

      On May 20, 2011, DeLima filed a Motion (Docket No. 5) seeking additional time to file her Amended Complaint in compliance with the Memorandum and Order. On May 23, 2011, this Court denied that request by Electronic Order because DeLima indicated in her motion that she would be filing an Amended Complaint within the time period originally afforded to her. This Court also directed DeLima to clarify the basis of subject matter jurisdiction and to set forth her claims in accordance with Rule 8.

      On June 3, 2011, DeLima filed an Amended Complaint (Docket No. 7). While the Complaint is not pristine, for preliminary screening purposes under 28 U.S.C. § 1915(e),

DeLima provides sufficient notice of her claims, and this Court will permit this action to proceed at this time. The Clerk is directed to issue a summons for service by DeLima.

Finally, because DeLima has been permitted to proceed *in forma pauperis*, this Court also directs the United States Marshal Service to effect service of process as directed by DeLima, and to advance the costs of service.

Accordingly, it is hereby Ordered that:

1. The Clerk shall issue a summons as to Seyfarth Shaw; and

2. The Clerk shall send the summons, Amended Complaint, and this Order to the Plaintiff, who must thereafter serve the Defendant in accordance with Federal Rule of Civil Procedure 4(m). The Plaintiff may elect to have service made by the United States Marshal Service. If directed by the Plaintiff to do so, the United States Marshal Service shall serve the summons(es), complaint, and this Order upon the Defendant, in the manner directed by the Plaintiff, with all costs of service to be advanced by the United States Marshal Service. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the Plaintiff shall have 120 days from the date of this Order to complete service.

SO ORDERED.

/s/ Nancy Gertner
NANCY GERTNER
UNITED STATES DISTRICT JUDGE

DATED: June 20, 2011